# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                              : No. 422
                                                    :
APPOINTMENT TO MINOR JUDICIARY    : MAGISTERIAL RULES DOCKET
EDUCATION BOARD                            :

## ORDER

**PER CURIAM**

 **AND NOW**, this 1st day of May, 2018, Douglas McCall Bell, Esquire, Somerset County, is hereby designated as a member of the Minor Judiciary Education Board for a term of three years, commencing July 1, 2018.